UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENSYLVANIA

| | | |
|---|---|---|
| MAX GREGORY WARREN | : | |
| Plaintiff, | : | CIVIL ACTION NO.: 11-cv-7924 |
| vs. | | |
| CAMERON JIBRIL THOMAZ p/k/a WIZ KHALIFA , ET AL | : | |
| | : | FILED ELECTRONICALLY |

## NOTICE OF VOLUNTARY DISMISSAL

To the Clerk of the Court:

    Kindly mark this case as being voluntarily dismissed without prejudice, pursuant to Rule 41(a)(1)(A)and Rule 41(a)(1)(B) of the Federal Rules of Civil Procedure.

Dated: July 23, 2012                /Simon Rosen, Esq./ (#6279)
                                             Counsel for Plaintiff

2

2